Squire Patton Boggs (US) LLP
G. David Godwin (CA State Bar # 148272)
david.godwin@squirepb.com
Thomas J. Lloyd (CA State Bar # 305507)
thomas.lloyd@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887

Attorneys for Defendant
AMCO Insurance Company

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC MORRIS,

Plaintiff,

v.

AMCO INSURANCE COMPANY, and DOES 1-25, inclusive,

Defendants.

Case No. 4:21-cv-01146-JST

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER RE: FIRST AMENDED COMPLAINT AND RESPONSE**

Judge: Hon. Jon S. Tigar

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Defendant AMCO Insurance Company ("Defendant") and Plaintiff Eric Morris ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff served his Complaint (the "Original Complaint") on January 14, 2020;

WHEREAS, Defendant removed this action to this Court on February 16, 2021 (Dkt. 1);

WHEREAS, on February 18, 2021, the parties stipulated to extend Defendant's deadline to respond to the Original Complaint by 30 days, to March 25, 2021 (Dkt. 7);

WHEREAS, counsel for the parties met and conferred regarding a potential Rule 12 motion by Defendant in response to the Original Complaint;

WHEREAS, after meeting and conferring, the parties agreed that Plaintiff may file an amended complaint;

WHEREAS, the parties request that the Court enter an Order setting the deadline for Plaintiff to file an amended complaint on or before April 9, 2021 and for Defendant to file a response to the amended complaint (or, if Plaintiff fails to timely file an amended complaint, then to the Original Complaint (Dkt. 1)) on or before May 10, 2021.

NOW, THEREFORE, IT IS HEREBY STIPULATED that Plaintiff shall file an amended complaint on or before April 9, 2021. Defendant shall file a response to the amended complaint (or, if Plaintiff fails to timely file an amended complaint, then to the Original Complaint (Dkt. 1)) on or before May 10, 2021.

Dated: March 22, 2021

Squire Patton Boggs (US) LLP

By: */s/ G. David Godwin*
G. David Godwin
Attorneys for Defendant AMCO Insurance Company

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

Dated: March 22, 2021

Law Offices of Jason A. Pollack

By: */s/ Jason A. Pollack*
Jason A. Pollack
Attorneys for Plaintiff Eric Morris

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

By: */s/ G. David Godwin*
G. David Godwin
Attorneys for Defendant
AMCO Insurance Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 23, 2021

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE